IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02683-RPM-KLM

FRONTIER MECHANICAL, INC.,

    Plaintiff,

v.

ROADWAY EXPRESS, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion to File Amended Complaint [Docket No. 10; Filed January 25, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** the Unopposed Motion is **GRANTED**. The Clerk shall accept Plaintiff's Amended Complaint [Docket No. 10-3] for filing as of the date of this Order.

Dated:       January 30, 2008