IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02683-RPM-KLM

FRONTIER MECHANICAL, INC.,

    Plaintiff,

v.

ROADWAY EXPRESS, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Counsel for Plaintiff's Motion to Withdraw [Docket No. 27; Filed April 30, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**, despite the Motion's noncompliance with D.C. Colo. L. Civ. R. 83.3(D), because the parties have notified the Court that the case has settled,. Attorney Jennifer L. Mauldin is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk is instructed to delete Ms. Mauldin as an attorney of record, and to remove her name from the electronic certificate of mailing.

Dated:      May 1, 2008