# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-02683

FRONTIER MECHANICAL INC.,

        Plaintiff,

v.

ROADWAY EXPRESS, INC.,

        Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE
---

**THIS MATTER**, having come on to be heard upon the parties' Stipulation for Dismissal With Prejudice, the Court having reviewed same and being fully advised in the premises, it is

**ORDERED** that the Stipulation is granted and the case is dismissed, with prejudice, each party to pay their own costs and attorney fees.

**DATED** this 19th day of May, 2008.

                          **BY THE COURT:**

                          **s/Richard P. Matsch**

                          _____
                          Richard P. Matsch, Senior Judge